ACCEPTED
12-15-00236-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/22/2015 11:31:33 AM
Pam Estes
CLERK

# ADAMS, BELANGER & LoSTRACCO

*A Professional Corporation*

305 E. MAIN
P.O. DRAWER 631248
NACOGDOCHES, TEXAS 75963
(936) 564-4315
FAX (936) 560-0280

ATTORNEYS AT LAW

S.M. ADAMS, JR. (1918-2001)

THOMAS L. BELANGER
JAMES R. LoSTRACCO, JR.

ROB ATHERTON
*Of Counsel*

October 22, 2015

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/22/2015 11:31:33 AM
PAM ESTES
Clerk

Ms. Pam Estes, Clerk
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

**VIA E-FILE**

**RE:** Case Number: 12-15-00236-CV
Trial Court Case Number: C1228865

**Style:** Dowtech Specialty Contractors, Inc.
v.
City of Nacogdoches and Aeromix Systems, Inc.

Ms. Estes:

This letter is submitted pursuant to Rule 32.3 TRAP to correct certain errors in the docketing statement filed by the Appellant on October 19, 2015.

In Section V of the docketing statement, the Appellant marked the box "Yes" regarding the statements that "Judgment or order disposes of all parties and issues" and also "Appeal from final judgment". However, the Order Granting the Defendant's Motion for Partial Summary Judgment entered on August 28, 2015 is not a final judgment and does not dispose of all parties and issues.

Likewise, Section XII of the docketing statement is incorrect insofar as it states that the trial court's order granting of the Defendant's Motion for Partial Summary Judgment "in essence, disposed of Plaintiff Dowtech's entire case".

If there should be anything further needed please advise.

Sincerely,
ADAMS, BELANGER, & LoSTRACCO, P. C.

THOMAS L. BELANGER

CC:    Blake Norvell (via fax)